# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

U S DISTRICT COURT
Southern District of Ga
Filed in Office
11:30 A M
6-28 20 12
Rw
Deputy Clerk

| | |
|---|---|
| EDWARD CHISHOLM, | ) |
| Petitioner, | ) |
| v. | ) Case No. CV412-140 |
| AL ST. LAWRENCE, | ) |
| Respondent. | ) |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 28 day of June, 2012.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA